## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **REBECCA ANNE PETERS**, *on behalf of herself and all others similarly situated*,<br><br>*Plaintiff,*<br><br>v.<br><br>**TRANS UNION, LLC,**<br><br>*Defendant.* | **2:17-cv-1273-MHH** |

## JOINT NOTICE OF NATIONWIDE CLASS ACTION SETTLEMENT AND STIPULATION OF DISMISSAL OF THE INSTANT ACTION

Plaintiff Rebecca Anne Peters and Defendant Trans Union, LLC (the Parties), by and through their respective counsel, hereby submit this Joint Notice of Nationwide Class Action Settlement and Stipulation of Dismissal of the Instant Action, and in support hereof state as follows:

1. This case is one of several class actions brought in various jurisdictions against Defendant alleging violations of the Fair Credit Reporting Act, 15 U.S.C. §§ 1681-1681x, regarding the reporting and disclosure of public record information.

2. On February 23, 2018, a nationwide settlement was reached in the consolidated cases *Clark v. Trans Union, LLC*, No. 3:15-cv-391 (E.D. Va.) and *Anderson v. Trans Union, LLC*, No. 3:16-cv-558 (E.D. Va.) ("*Clark*").

3. The terms of the *Clark* settlement embrace the class claims pled in this litigation, and thus resolve all claims in this matter.

4. Judge Lauck of the Eastern District of Virginia granted final approval to the settlement and final judgment in *Clark* on August 29, 2018. *Clark/Anderson* Dkt. Nos. 272 & 273.

5. No appeals were taken from Judge Lauck's orders.

6. Therefore, the Parties request the dismissal of the instant action with prejudice.

Dated:   January 9, 2019              Respectfully submitted,

**TREVA SUDELL JONES**,              **TRANS UNION, LLC**,
*by her attorneys,*                  *by its attorneys,*

*/s/ James A. Francis*               */s/ Stephen J. Newman*
James A. Francis                     Stephen J. Newman
FRANCIS & MAILMAN, P.C.              STROOCK & STROOCK & LAVAN LLP
1600 Market Street, 25th Floor       2029 Century Park East
Philadelphia, PA 19103               Los Angeles, CA 90067-3086
(215) 735-8600                       (310) 556-5800
jfrancis@consumerlawfirm.com         snewman@stroock.com

## **CERTIFICATE OF SERVICE**

I, James A. Francis, do hereby certify that on January 9, 2019, a true and correct copy of the foregoing Joint Notice of Nationwide Class Action Settlement and Stipulation of Dismissal of the Instant Action was electronically filed with the Court on the below listed date and is available for viewing and downloading from the ECF System. All counsel of record were served via electronic notification.

                                                 */s/ James A. Francis*
                                                 James A. Francis