# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **REBECCA ANNE PETERS,** on behalf of herself and all others similarly situated,<br><br>　　Plaintiff,<br><br>v.<br><br>**TRANS UNION, LLC,**<br><br>　　Defendant. | Case No.: 2:17-cv-01273-MHH |

## ORDER

The parties have filed a Joint Notice of Class Action Settlement and Stipulation of Dismissal of the Instant Action. (Doc. 31). The Court **ORDERS** that this action is **DISMISSED WITH PREJUDICE**. The Court **DIRECTS** the Clerk of Court to please close the file.

**DONE** and **ORDERED** this January 9, 2019.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE